**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7757**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL GEROD WESTBROOK,

Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Cameron McGowan Currie, Senior
District Judge. (3:09-cr-00714-CMC-2)

Submitted: April 21, 2016          Decided: April 25, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Gerod Westbrook, Appellant Pro Se. James Chris Leventis,
Jr., OFFICE OF THE UNITED STATES ATTORNEY, James Hunter May, John
C. Potterfield, Stanley D. Ragsdale, Assistant United States
Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Gerod Westbrook appeals from the district court's order construing his Fed. R. Civ. P. 60(b) motion as an unauthorized successive 28 U.S.C. § 2255 (2012) motion and dismissing it on that basis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Westbrook, No. 3:09-cr-00714-CMC-2 (D.S.C. Aug. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2